Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                   Case No.:  20−14520−KCF
                                   Chapter:  7
                                   Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Travis Cook                                              Elizabeth Cook
   831 Clifton Street                               aka Elizabeth Anne Gordon
   Forked River, NJ 08731                       831 Clifton Street
                                                      Forked River, NJ 08731

Social Security No.:
   xxx−xx−9986                                           xxx−xx−1285
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/28/20 at 02:15 PM

to consider and act upon the following:

Motion for Approval of Reaffirmation Agreement with Capital One Auto Finance (re: 2014 Honda Odyssey Wagon) Filed by CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.. Hearing scheduled for 7/28/2020 at 02:15 PM at KCF − Courtroom 2, Trenton. (ckk)

Dated: 7/7/20

                                                                          Jeanne Naughton
                                                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-14520-KCF
Travis Cook                                                               Chapter 7
Elizabeth Cook
      Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 07, 2020
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
db/jdb         +Travis Cook,   Elizabeth Cook,   831 Clifton Street,   Forked River, NJ 08731-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 07 2020 23:53:22
                CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,   4515 N SANTA FE AVE,
                OKLAHOMA CITY, OK 73118-7901
                                                                                                TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Steven J. Abelson    on behalf of Debtor Travis  Cook sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      Steven J. Abelson    on behalf of Joint Debtor Elizabeth  Cook sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com
      Thomas  Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5