Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 20−14520−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Travis Cook                                           Elizabeth Cook
   831 Clifton Street                                aka Elizabeth Anne Gordon
   Forked River, NJ 08731                    831 Clifton Street
                                                      Forked River, NJ 08731

Social Security No.:
   xxx−xx−9986                                         xxx−xx−1285

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 29, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 14 − 12
Order Denying Approval of Reaffirmation Agreement with Capital One Auto Finance (re: 2014 Honda Odyssey Wagon). (related document:12 Motion for Approval of Reaffirmation Agreement filed by Creditor CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/28/2020. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 29, 2020
JAN: ckk

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Travis Cook  
Elizabeth Cook  
     Debtors

Case No. 20-14520-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 29, 2020  
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 30 2020 00:41:16  
          CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ON,   4515 N SANTA FE AVE,  
          OKLAHOMA CITY, OK 73118-7901  
                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Steven J. Abelson   on behalf of Debtor Travis  Cook sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        Steven J. Abelson   on behalf of Joint Debtor Elizabeth  Cook sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        Thomas  Orr   tom@torrlaw.com, Torr@ecf.axosfs.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 5