UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Travis Cook and Elizabeth Cook

| | |
|---|---|
| Case No.: | 20-14520 |
| Hearing Date: | July 28, 2020 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER DENYING MOTION TO APPROVE
## REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 28, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      A motion to approve a reaffirmation agreement having been filed on  June 30  ,
20 20  by  Capital One  - 2014 Honda Odyssey   for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and the Court having found that the Debtor(s) has/have performed all steps necessary under 11 U.S.C. § 524(c) to reaffirm the proposed debt; and the Court having been unable to make the findings under 11 U.S.C. § 524(c)(6) required to approve the reaffirmation agreement; it is

      ORDERED that the aforesaid motion is denied.

      The successful party shall serve this order on the debtor, any trustee, and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Travis Cook  
Elizabeth Cook  
    Debtors

Case No. 20-14520-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 29, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.  
db/jdb       +Travis Cook,   Elizabeth Cook,   831 Clifton Street,   Forked River, NJ 08731-1229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Steven J. Abelson   on behalf of Debtor Travis  Cook sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        Steven J. Abelson   on behalf of Joint Debtor Elizabeth  Cook sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        Thomas  Orr   tom@torrlaw.com, Torr@ecf.axosfs.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 5