Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–14520–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Travis Cook
831 Clifton Street
Forked River, NJ 08731

Elizabeth Cook
aka Elizabeth Anne Gordon
831 Clifton Street
Forked River, NJ 08731

Social Security No.:
 xxx–xx–9986

 xxx–xx–1285

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 13, 2020

Kathryn C. Ferguson
Judge, United States Bankruptcy Court